# IN THE SUPREME COURT OF THE STATE OF NEVADA

JERUN TYRONE EDWARDS,
              Appellant,
vs.
THE STATE OF NEVADA,
              Respondent.

No. 71217

**FILED**

SEP 3 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for transcripts at state's expense and denying a motion for the appointment of counsel. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Because no statute or court rule permits an appeal from the aforementioned orders, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:   Hon. Eric Johnson, District Judge
      Jerun Tyrone Edwards
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-30565